IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEW YORK UNIVERSTIY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:21-00813-JPM |
| | ) | |
| RESMED, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING A MOTION CONFERENCE**

1. A video motion conference re: Motion to Dismiss (ECF No. 11) will be held on **Thursday, February 17, 2022 at 10:00 A.M. (CT) / 11:00 A.M. (ET).** Email invitations will be sent at least one day prior to the conference. **Parties should be fully prepared for a technology presentation.**

2. The parties should refer to the Northern District of California or the Western District of Tennessee Patent Rules.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at jeffrey_sample@tnwd.uscourts.gov.

| | |
|---|---|
| January 25, 2022 | s/Jon Phipps McCalla |
| Date | United States District Judge |