IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW YORK UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-813 (JPM) |
| | ) |
| RESMED INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT RESMED INC.'S MOTION TO STAY PENDING IPR

Defendant ResMed Inc. ("ResMed") respectfully moves for an order staying this action pending the resolution of ResMed's petitions for *inter partes* review ("IPR") challenging the seven patents asserted by Plaintiff New York University in this case. The grounds for this Motion are set forth in ResMed's Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant ResMed Inc.*

December 14, 2022

## RULE 7.1.1 STATEMENT

Pursuant to D. Del. LR 7.1.1, the undersigned hereby confirms that counsel for Defendant has conferred with counsel for Plaintiff, including oral communications involving Delaware counsel, and Plaintiff opposes the foregoing motion.

*/s/ Cameron P. Clark*
_____
Cameron P. Clark (#6647)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW YORK UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-813 (JPM) |
| | ) |
| RESMED INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT RESMED INC.'S
MOTION TO STAY PENDING IPR**

The Court, having considered Defendant ResMed Inc.'s Motion to Stay Pending IPR, and all the briefing related thereto, and good cause being shown therefore,

IT IS HEREBY ORDERED, this _____ day of _____, 202__, that the Motion to Stay is GRANTED.

_____

JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT LLC<br>800 North Street, Third Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Christopher J. Belter, Esquire<br>Michael A. Siem, Esquire<br>GOLDBERG SEGALLA LLP<br>711 Third Avenue, Suite 1900<br>New York, NY 10017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Lynn Lehnert, Esquire<br>GOLDBERG SEGALLA LLP<br>8000 Maryland Avenue, Suite 640<br>St. Louis, MO 63105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Laura A. Colca, Esquire<br>GOLDBERG SEGALLA LLP<br>665 Main Street<br>Buffalo, NY 14203<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Cameron P. Clark*
_____
Cameron P. Clark (#6647)